IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CHARLIE HENRY CASTILLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-076 |
| | ) | |
| SGT. MILLS; MAJOR VIRGINIA DURDEN; SGT. HANNAH; SGT. DANFORD; SGT. BROOKINGS; OFFICER BENNETT; SGT. JOHN HILL; SGT. B. READ; OFFICER FNU BELL; FNU DANFORD; FNU PATTERSON; FNU KURTZ; COLONEL HUBERT; SHERIFF CHARLES HUTCHINS; DAY SHIFT FOOD LADY; LT. JOSH; CPL. KELLY GARRER; BWM, Road Officer; BTS, Road Officer; and NURSE MONICA, Individually and in their Official Capacities, | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Plaintiff's motion to appoint counsel (doc. no. 14), **DISMISSES** this action without prejudice as a sanction for Plaintiff's abuse of the judicial process, and

**DIRECTS** the Clerk to **CLOSE** this civil action.

SO ORDERED this 20th day of December, 2016, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2