THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CHARLIE HENRY CASTILLO,         *
                                *
    Plaintiff,                  *
                                *
        v.                      *     CV 116-076
                                *
FNU MILLS, et al.,              *
                                *
    Defendants.                 *

---

O R D E R

---

After vacating a prior Judgment in this case because the Court received late objections to the United States Magistrate Judge's Report and Recommendation, Plaintiff was given additional time to file objections-until March 3, 2017.[1] No objections were filed. In fact, objections were not even filed in the thirty days after the filing deadline as this Court adopted the Report and Recommendation on April 3, 2017, with no objections. Plaintiff's case was dismissed on April 3, 2017.

Ten days later, Plaintiff filed a letter complaining that he has had mail issues at his prison. Plaintiff also claims to have already sent his objections to the Court. Plaintiff asks that he be allowed to "resend" his objections.

Plaintiff had ample time to submit his objections to the

---

[1] Objections to the Report and Recommendation were originally due on December 19, 2016.

Report and Recommendation, which was entered on November 30, 2016. Importantly, the Court forewarned Plaintiff that no further extensions for objections would be given. (See Order of Feb. 16, 2017, Doc. 20.) His present filing, which contains no evidence of mail interference other then his conclusory allegation, does not alter the fact that Plaintiff had ample time to object to the Report and Recommendation.

Upon the foregoing, Plaintiff's motion to "resend" the objections to the Report and Recommendation (doc. 23) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of April, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA